# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158640(23)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HARTLAND GLEN DEVELOPMENT, LLC,
        Plaintiff-Appellee,

v

TOWNSHIP OF HARTLAND,
        Defendant-Appellant.
_____/

SC: 158640
COA: 342218
Livingston CC: 2014-028151-CK

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 15, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2019



Clerk